No. 72-41 Ronald L. Jones, LCPL, U. S. Marine Corps v. BRIG GEN H. L. Wilkerson, USMC, Marine Corps Base, Camp Lejeune, North Carolina; COL Domina, Commandant, U. S. Navy Disciplinary Command, Seavey Island, Maine; and HONORABLE John Warner, Secretary of the Navy.

On consideration of the Petition for Writ of Mandamus or Other Appropriate Relief filed in the above-entitled action, it appearing that the record of trial is presently before the Court of Military Review for review pursuant to Article 66(b), Uniform Code of Military Justice, 10 USC § 866(b), a tribunal authorized to consider the circumstances upon which the said Petition is based and it further appearing that nothing presented in said Petition tends to indicate that the relief sought is in aid of this Court's jurisdiction, it is, by the Court, this 7th day of November 1972,

ORDERED that said Petition be, and the same hereby is, dismissed.

December 15, 1972

No. 72-44 James W. Rogers, SP4, U. S. Army v. LTC Thomas E. Murdock, J.A., Detailed Military Judge and MG Orwin C. Talbott, Commander, U. S. Army Infantry Center and Fort Benning, Georgia, General Court-Martial Convening Authority.

On consideration of the Petition for Writ of Prohibition and/or Other Appropriate Relief filed in the above-entitled action, it appearing from the allegations of the Petition that petitioner was apprehended in his unit by Military Police Investigators, charges alleging wrongful possession of heroin and marihuana were preferred against him and referred to a general court-martial for trial prior to his request for inclusion in the Army Drug Exemption Program as promulgated in Department of Army Circular 600-85, June 30, 1972, it is, by the Court, this 15th day of December 1972,

ORDERED that said Petition be, and the same hereby is, dismissed for failure to set forth a basis for the relief sought.

Nothing set forth herein may be construed as indicating that failure of a convening authority to comply with the provisions of Circular 600-85, supra, constitutes grounds for extraordinary relief under 28 USC § 1651(a).